90 A.3d 628

IN THE MATTER OF BARBARA KIRSCH EINHORN, AN
ATTORNEY AT LAW (ATTORNEY NO. 041071985).

April 23, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court
pursuant to *Rule* 1:20–15(k) a recommendation (DRB 14–075) that
**BARBARA KIRSCH EINHORN** of **WATCHUNG,** who was ad-
mitted to the bar of this State in 1985, be suspended from the
practice of law and compelled to pay a monetary sanction to the
Disciplinary Oversight Committee for failure to comply with the
determination of the District XIII Fee Arbitration Committee in
Docket No. XIII–2012–0016F, and good cause appearing;

It is ORDERED that **BARBARA KIRSCH EINHORN** be
temporarily suspended from the practice of law, effective May 23,
2014, and until respondent complies with the determination of the
District XIII Fee Arbitration Committee in Docket No. XIII–
2012–0016F, pays a sanction of $500 to the Disciplinary Oversight
Committee, and until the further Order of the Court; provided,
however, this Order shall be vacated automatically if prior to the
effective date of the suspension, the Disciplinary Review Board
reports to the Court that respondent has satisfied all obligations
under this Order; and it is further

ORDERED that if respondent seeks to be heard on this matter,
she shall file with the Clerk of the Court within ten days of the file
date of this Order a written request for the issuance of an Order
to Show Cause; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent be restrained and enjoined from
practicing law during the period of her suspension and that she
comply with *Rule* 1:20–20.